**Louis MILNER and Jacob Milkove, Individually and as Co-Partners Doing Business as Milner and Milkove Company, v. UNITED WALL PAPER FACTORIES, Inc., Beaudry Wall Paper Corporation, and J. B. Pearce Company.**

No. 7822.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1938.

Mooney, Hahn, Loeser, Keough & Fulton and Brooker, Weltman & Brooker, all of Cleveland, Ohio, for appellants.

William Huck, Jr., and Paul P. McDermott, both of New York City, and J. Hall Kellogg, of Cleveland, Ohio, for appellees.

Before HICKS and ALLEN, Circuit Judges, and FORD, District Judge.

PER CURIAM.

This cause was heard upon the transcript of the record, the briefs and arguments of counsel, and it appearing that there was no error in the order and judgment appealed from, it is therefore ordered and adjudged that the order and judgment of the District Court be, and the same is, in all things affirmed.

Affirmed.

**J. O. MUTCH, Whose First Name Is Unknown, and Will C. Mee, Appellants, v. Charles W. SEIGNIOUS, Jr., and Cleola Eunice Seignious, His Wife, Appellees.**

No. 7949.

Circuit Court of Appeals, Sixth Circuit.

Feb. 16, 1938.

Weadock & Weadock, of Saginaw, Mich., and Clausen, Hirsh & Miller, of Chicago, Ill., for appellants.

Clark & Henry, of Bay City, Mich., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18, and it further appearing that appellants have failed to file the record or docket the case by or before the return day, and that there has been no extension of time therefor, on consideration whereof, it is ordered that the appeal be, and the same is, docketed and dismissed.

Appeal docketed and dismissed.

**NATIONAL ENAMELING & STAMPING COMPANY, Appellant, v. George WHITE, Doing Business under the Style and Name of Whitebestos Co., (Not Incorporated), Appellee.**

No. 164.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1938.

Chadbourne, Wallace, Parke & Whiteside, of New York City, and Casanave Young, of Washington, D. C., for appellant.

Gilbert & Gilbert, of New York City (Godfrey Cohen, Jerome E. Malino, and Herbert A. Malino, all of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree, 19 F.Supp. 108, affirmed on opinion below.